**Order entered August 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00676-CR

### EX PARTE JOHN RIVELLO

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX19-00076-L**

## ORDER

There is no written order in the clerk's record denying appellant's pretrial writ application. It appears appellant is appealing from the trial court's oral pronouncement and a docket sheet entry denying relief. A court of appeals has no jurisdiction over an appeal absent a written judgment or appealable order. *See* TEX. R. APP. P. 25.2(a)(2), 26.2(a); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008); *State v. Shaw*, 4 S.W.3d 875, 878 (Tex. App.—Dallas 1999, no pet.) (holding that docket sheet entries do not constitute written orders).[1]

We **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either a supplemental clerk's record containing the trial court's written order denying appellant's application for writ of habeas corpus or else a letter stating that the trial court has not entered a written order denying relief on the writ application.

[1] But see *In re Yamaha Golf-Car Company*, No. 05-19-00292-CV, 2019 WL 1512578 (Tex. App.—Dallas Apr. 8, 2019, orig. proceeding) (mem. op.) and *Swart v. Morales*, No. 05-18-01229-CV, 2019 WL 1552453 (Tex. App.—Dallas Apr. 10, 2019, no pet.) (mem. op.).

If no written order denying relief is filed within **THIRTY DAYS** of the date of this order, the Court will dismiss this appeal for want of jurisdiction.

The Court **DIRECTS** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/     CORY L. CARLYLE
          JUSTICE